# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## DOCKET FEE PAYMENT NOTIFICATION FORM

I. **SHORT CASE TITLE:** U.S.A. vs. Arnold C. Arruiza

   **U.S. COURT OF APPEALS DOCKET NUMBER:** 06-10000

   **U.S. DISTRICT COURT FOR THE DISTRICT OF HAWAII**

   **U.S. DISTRICT COURT DOCKET NUMBER:** CR 04-00401 HG -03

II. **DATE NOTICE OF APPEAL FILED:** December 16, 2005

RECEIVED
CLERK, U.S. DISTRICT COURT
JAN 0 6 2006
DISTRICT OF HAWAII

III. **U.S. COURT OF APPEALS PAYMENT STATUS:**

   **DOCKET FEE PAID ON:**           **AMOUNT:**

   **NOT PAID YET:**                 **BILLED:**

   **U.S. GOVERNMENT APPEAL:**       **FEE WAIVED:**

   **WAS APPELLANT GRANTED F.P. STATUS?** Yes

   **IF YES, SHOW DATE:** 1st CJA Appointment on 10/01/04; Latest CJA: 08/29/05

   **WAS F.P. STATUS REVOKED:** No   **DATE:**

   **WAS F.P. STATUS LIMITED IN SOME FASHION?**

   **IF YES, EXPLAIN:**

IV. **COMPANION CASES, IF ANY:**

V. **COMPLETED IN THE U.S. DISTRICT COURT BY:**

   Anna F. Chang

---

**AMENDED NOTIFICATION** _____ **PAID** _____ **F.P.** _____

**DISTRICT COURT CLERK BY:** _____

(Note: This form is only utilized to notify the U.S. Court of Appeals concerning the satisfaction of the U.S. Court of Appeals Docket Fee.)