ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

Transcript Designation and Ordering Form

U.S. Court of Appeals Case No. 06-10000     U.S. District Court Case No. 04-00401 HG-03

Short Case Title: USA v. ARRUIZA

Date Notice of Appeal Filed by Clerk of District Court: December 16, 2005

**SECTION A** - To be completed by party ordering transcript

| HEARING DATE(s) | COURT REPORTER | PROCEEDINGS (strike portion not desired) |
|---|---|---|
| | | Voir Dire |
| | | Opening Statements |
| | FILED in the UNITED STATES DISTRICT COURT DISTRICT OF HAWAII JAN 0 9 2006 at 10 o'clock and 42 min. A M SUE BEITIA, CLERK | Settlement Instructions |
| | | Closing Arguments |
| | | Jury Instructions |
| | | Pre-Trial Proceedings |
| (1) Feb. 24, 2005 Jessica B. Cahill Withdraw...and Plead Anew | | Other (please specify) ~~(completed)~~ |

(additional page for designations if necessary)   See (2) and (3) attached

( )  I do not intend to designate any portion of the transcript and will notify all counsel of this intention.
( )  As retained counsel (or litigant proceeding in pro per). I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.
(x)  As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Date transcript ordered: January 9, 2006     Estimated date for completion of transcript: 2-13-06

Print Name of Attorney: Mary Ann Barnard     Phone Number: (808) 942-0403

Signature of Attorney: Mary Ann Barnard

Address: Business: P.O. Box 235520, Honolulu, HI 96823     Res: 750 Amana St., #1005, Honolulu, HI 96814

**SECTION B** - To be completed by court reporter

I, _____ (signature of court reporter) have received this designation.
( ) Arrangements for payment were made on _____
( ) Arrangements for payment have not been made pursuant to FRAP 10(b).

_____ Approximate Number of Pages in Transcript--Due Date _____

**SECTION C** - To be completed by court reporter

When the transcript is filed, complete this section and submit to the U.S. district court with the completed transcript. The district court will not file the transcript without this completed form.

Date transcript filed _____     Court Reporter's Signature _____

**SECTION D** - To be completed by the Clerk

U.S. DISTRICT COURT CLERK: I certify that the record is available in the office of the U.S. District Court.S

Sue Beitia _____     BY: _____
(U.S. District Court Clerk)     (date)     DEPUTY CLERK

Additional Transcript Designations

U.S. Court of Appeals No. 06-10000
U.S. Dist. Court No. 04-00401 HG-03
Short Case Title: USA v. Arruiza

|     | Hearing Date | Court Reporter | Proceeding |
| --- | --- | --- | --- |
| (2) | August 29, 2005 | SP | Sentencing, Withdrawal of Counsel (completed) |
| *(3) | November 21, 2005 | SP | Motions for Downward Departure & Sentencing |

*This is the only transcript not completed

CJA 24 AUTHORIZATION AND VOUCHER FOR PAYMENT OF TRANSCRIPT (5-99)

| 1. CIR./DIST./ DIV. CODE | 2. PERSON REPRESENTED | | VOUCHER NUMBER |
|---|---|---|---|
| HIXHO | Arnold Arruiza | | |

| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER |
|---|---|---|---|
| | 04-00401 HG | 06-10000 | |

| 7. IN CASE/MATTER OF (Case Name) | 8. PAYMENT CATEGORY | 9. TYPE PERSON REPRESENTED | 10. REPRESENTATION TYPE (See Instructions) |
|---|---|---|---|
| USA v. George Keahi, Jr. | ☒ Felony ☐ Petty Offense ☐ Misdemeanor ☐ Other ☐ Appeal | ☒ Adult Defendant ☐ Appellant ☐ Juvenile Defendant ☐ Appellee ☐ Other: | CC |

11. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section) If more than one offense, list (up to five) major offenses charged, according to severity of offense.

21:846, 843(b)

**REQUEST AND AUTHORIZATION FOR TRANSCRIPT**

12. PROCEEDING IN WHICH TRANSCRIPT IS TO BE USED (Describe briefly)

Appeal to Ninth Circuit

13. PROCEEDING TO BE TRANSCRIBED (Describe specifically). NOTE: The trial transcripts are not to include prosecution opening statement, defense opening statement, prosecution argument, defense argument, prosecution rebuttal, voir dire or jury instructions, unless specifically authorized by the Court (see Item 14).

2-24-05 Guilty plea, Jessica B. Cahill - (completed)
8-29-05 & 11-21-05, Sentencing SP - 8-29-05 completed

14. SPECIAL AUTHORIZATIONS — JUDGE'S INITIALS

A. Apportioned Cost _____ % of transcript with (Give case name and defendant)

B. ☐ Expedited  ☐ Daily  ☐ Hourly Transcript  ☐ Realtime Unedited Transcript

C. ☐ Prosecution Opening Statement  ☐ Prosecution Argument  ☐ Prosecution Rebuttal
   ☐ Defense Opening Statement  ☐ Defense Argument  ☐ Voir Dire  ☐ Jury Instructions

D. In this multi-defendant case, commercial duplication of transcripts will impede the delivery of accelerated transcript services to persons proceeding under the Criminal Justice Act.

15. ATTORNEY'S STATEMENT

As the attorney for the person represented who is named above, I hereby affirm that the transcript requested is necessary for adequate representation. I, therefore, request authorization to obtain the transcript services at the expense of the United States pursuant to the Criminal Justice Act.

Signature of Attorney: *Mary Ann Barnard*   Date: 1-7-06
Printed Name: Mary Ann Barnard
Telephone Number: (808) 942-0403
☒ Panel Attorney ☐ Retained Attorney ☐ Pro-Se ☐ Legal Organization

16. COURT ORDER

Financial eligibility of the person represented having been established to the Court's satisfaction, the authorization requested in Item 15 is hereby granted.

Signature of Presiding Judicial Officer or By Order of the Court
Date of Order    Nunc Pro Tunc Date

**CLAIM FOR SERVICES**

17. COURT REPORTER/TRANSCRIBER STATUS
☐ Official  ☐ Contract  ☐ Transcriber  ☐ Other

18. PAYEE'S NAME (First Name, M.I., Last Name, including any suffix), AND MAILING ADDRESS
SP: 300 Ala Moana,
Stephen Platt    Box 1652
Jessica B. Cahill    Wailuku 96793
SP (808)536-2699
Telephone Number: JC(808)244-0776

19. SOCIAL SECURITY NUMBER OR EMPLOYER ID NUMBER OF PAYEE

| 20. TRANSCRIPT | INCLUDE PAGE NUMBERS | NO. OF PAGES | RATE PER PAGE | SUB-TOTAL | LESS AMOUNT APPORTIONED | TOTAL |
|---|---|---|---|---|---|---|
| Original | | | | | | |
| Copy | | | | | | |
| Expenses (Itemize) | | | | | | |
| | | | TOTAL AMOUNT CLAIMED: | | | |

21. CLAIMANT'S CERTIFICATION OF SERVICE PROVIDED
I hereby certify that the above claim is for services rendered and is correct, and that I have not sought or received payment (compensation or anything of value) from any other source for these services.

Signature of Claimant/Payee _____    Date _____

**ATTORNEY CERTIFICATION**
22. CERTIFICATION OF ATTORNEY OR CLERK I hereby certify that the services were rendered and that the transcript was received.

Signature of Attorney or Clerk _____    Date _____

**APPROVED FOR PAYMENT - COURT USE ONLY**
23. APPROVED FOR PAYMENT    24. AMOUNT APPROVED

Signature of Judicial Officer or Clerk of Court    Date

DISTRICT OF HAWAII
JUL 2 1 2005
at 4 o'clock and ___ min ___ M
SUE BEITIA, CLERK

COPY

```
                   UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF HAWAII

UNITED STATES OF AMERICA,    )   CR NO. 04-00410HG
                             )
          Plaintiff,         )   Honolulu, Hawaii
                             )   February 24, 2005
                             )   10:02 a.m.
     v.                      )
                             )
ARNOLD C. ARRUIZA,           )
                             )
          Defendant.         )
                             )
```

TRANSCRIPT OF WITHDRAWAL OF NOT GUILTY PLEA AND TO PLEAD ANEW
BEFORE THE HONORABLE LESLIE E. KOBAYASHI
UNITED STATES MAGISTRATE JUDGE.

APPEARANCES:

For the Plaintiff:   U.S. ATTORNEY'S OFFICE
                     By: MARK INCIONG, ESQ.
                     300 Ala Moana Boulevard, #6100
                     Honolulu, Hawaii 96850

For the Defendant:   LANE TAKAHASHI, ESQ.
                     745 Fort Street, #2121
                     Honolulu, Hawaii 96813

Transcriber:         Jessica B. Cahill
                     P.O. Box 1652
                     Wailuku, Maui, Hawaii 96793
                     Telephone: (808)244-0776

Proceedings recorded by electronic sound recording, transcript produced by transcription service

Exhibit 1

```
 1               IN THE UNITED STATES DISTRICT COURT

 2                    FOR THE DISTRICT OF HAWAII

 3

 4   UNITED STATES OF AMERICA,    ) CRIMINAL NO. 04-00401HG
                                  )
 5                Plaintiff,      )
                                  )
 6        vs.                     )
                                  )
 7   (03) ARNOLD C. ARRUIZA,      )
                                  )
 8                Defendant.      )
     _____)
 9

10                   TRANSCRIPT OF PROCEEDINGS

11        The above-entitled matter came on for hearing on

12   Monday, August 29, 2005, at 11:07 a.m., at Honolulu, Hawaii,

13   BEFORE:         THE HONORABLE HELEN GILLMOR
                     United States District Judge
14
     REPORTED BY:    STEPHEN B. PLATT, RMR, CRR
15                   Official U.S. District Court Reporter

16   APPEARANCES:    THOMAS C. MUEHLECK, ESQ.
                     U.S. Attorney's Office
17                   300 Ala Moana Blvd., Suite 6100
                     Honolulu, Hawaii  96813
18
                                    Attorney for the Government
19
                     LANE Y. TAKAHASHI, ESQ.
20                   745 Fort Street
                     Topa Financial Center
21                   Fort Street Tower, Suite 2121
                     Honolulu, Hawaii  96813
22
                                    Attorney for the Defendant
23

24

25
```

Exhibit B

| | | | | |
|---|---|---|---|---|
| CJA 20 APPOINTMENT OF AND AUTHORITY TO PAY COURT APPOINTED COUNSEL (Rev. 5/99) | | | | |
| 1. CIR./DIST./ DIV. CODE<br>HIXHO | 2. PERSON REPRESENTED<br>ARNOLD ARRUIZA (03) | | VOUCHER NUMBER | |
| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER<br>04-00401 HG | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER | |
| 7. IN CASE/MATTER OF (Case Name)<br>USA V. George Keahi, Jr. | 8. PAYMENT CATEGORY<br>X Felony   ☐ Petty Offense<br>☐ Misdemeanor  ☐ Other<br>☐ Appeal | 9. TYPE PERSON REPRESENTED<br>X Adult Defendant  ☐ Appellant<br>☐ Juvenile Defendant  ☐ Appellee<br>☐ Other | 10. REPRESENTATION TYPE<br>(See Instructions) | |

11. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section) If more than one offense, list (up to five) major offenses charged, according to severity of offense.
21:846, 843(b)

12. ATTORNEY'S NAME (First Name, M.I., Last Name, including any suffix),
AND MAILING ADDRESS
MARY ANN BARNARD #3650
PO BOX 235520
HON., HI 96823

Telephone Number: (808) 942-0403

14. NAME AND MAILING ADDRESS OF LAW FIRM (Only provide per instructions)

13. COURT ORDER
☐ O Appointing Counsel           ☐ C Co-Counsel
☐ F Subs For Federal Defender    ☐ R Subs For Retained Attorney
X P Subs For Panel Attorney      ☐ Y Standby Counsel

Prior Attorney's: Lane Takahashi
Appointment Dates:
☐ Because the above-named person represented has testified under oath or has otherwise satisfied this Court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and because the interests of justice so require, the attorney whose name appears in Item 12 is appointed to represent this person in this case, OR
☐ Other (See Instructions)

_[signature]_
Signature of Presiding Judicial Officer or By Order of the Court

8/29/05                    8/29/05
Date of Order              Nunc Pro Tunc Date

Repayment or partial repayment ordered from the person represented for this service at time appointment.   ☐ YES   ☐ NO

### CLAIM FOR SERVICES AND EXPENSES — FOR COURT USE ONLY

| CATEGORIES (Attach itemization of services with dates) | HOURS CLAIMED | TOTAL AMOUNT CLAIMED | MATH/TECH. ADJUSTED HOURS | MATH/TECH. ADJUSTED AMOUNT | ADDITIONAL REVIEW |
|---|---|---|---|---|---|
| 15. a. Arraignment and/or Plea | | | | | |
| b. Bail and Detention Hearings | | | | | |
| c. Motion Hearings | | | | | |
| In d. Trial | | | | | |
| e. Sentencing Hearings | | | | | |
| f. Revocation Hearings | | | | | |
| g. Appeals Court | | | | | |
| h. Other (Specify on additional sheets) | | | | | |
| (RATE PER HOUR = $    )   TOTALS: | | | | | |
| 16. a. Interviews and Conferences | | | | | |
| Out of b. Obtaining and reviewing records | | | | | |
| c. Legal research and brief writing | | | | | |
| d. Travel time | | | | | |
| e. Investigative and other work (Specify on additional sheets) | | | | | |
| (RATE PER HOUR = $    )   TOTALS: | | | | | |
| 17. Travel Expenses (lodging, parking, meals, mileage, etc.) | | | | | |
| 18. Other Expenses (other than expert, transcripts, etc.) | | | | | |
| GRAND TOTALS (CLAIMED AND ADJUSTED): | | | | | |

19. CERTIFICATION OF ATTORNEY/PAYEE FOR THE PERIOD OF SERVICE
FROM: _____  TO: _____

20. APPOINTMENT TERMINATION DATE IF OTHER THAN CASE COMPLETION

21. CASE DISPOSITION

22. CLAIM STATUS   ☐ Final Payment   ☐ Interim Payment Number ____   ☐ Supplemental Payment
Have you previously applied to the court for compensation and/or reimbursement for this   ☐ YES  ☐ NO   If yes, were you paid?   ☐ YES  ☐ NO
Other than from the Court, have you, or to your knowledge has anyone else, received payment (compensation or anything of value) from any other source in connection with this representation?   ☐ YES   ☐ NO   If yes, give details on additional sheets.
I swear or affirm the truth or correctness of the above statements.
Signature of Attorney _____  Date _____

### APPROVED FOR PAYMENT — COURT USE ONLY

| 23. IN COURT COMP. | 24. OUT OF COURT COMP. | 25. TRAVEL EXPENSES | 26. OTHER EXPENSES | 27. TOTAL AMT. APPR./CERT. |
|---|---|---|---|---|
| | | | | |

28. SIGNATURE OF THE PRESIDING JUDICIAL OFFICER              DATE              28a. JUDGE/MAG. JUDGE CODE

| 29. IN COURT COMP. | 30. OUT OF COURT COMP. | 31. TRAVEL EXPENSES | 32. OTHER EXPENSES | 33. TOTAL AMT. APPROVED |
|---|---|---|---|---|
| | | | | |

34. SIGNATURE OF CHIEF JUDGE, COURT OF APPEALS (OR DELEGATE) Payment approved in excess of the statutory threshold amount.      DATE      34a. JUDGE CODE