*atln: J. Cahill*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

Transcript Designation and Ordering Form

U.S. Court of Appeals Case No. **06-10000**　　　U.S. District Court Case No. **04-00401 HG-03**

Short Case Title　**USA v. ARRUIZA**

FILED IN THE
UNITED STATES DISTRICT COURT

Date Notice of Appeal Filed by Clerk of District Court　**December 16, 2005**　　DISTRICT OF HAWAII

**SECTION A** - To be completed by party ordering transcript

| HEARING DATE(s) | COURT REPORTER | PROCEEDINGS(strike portion not desired) |
|---|---|---|
| | **FILED IN THE** | **MAR 3 0 2006**  (a) |
| | **UNITED STATES DISTRICT COURT** | Voir Dire    at  11 o'clock and 30 min. A M |
| | **DISTRICT OF HAWAII** | **SUE BEITIA, CLERK** |
| | | Opening Statements |
| | **JAN 0 9 2006** | Settlement Instructions |
| | | Closing Arguments |
| | at 10 o'clock and 43 min. A M | |
| | **SUE BEITIA, CLERK** | Jury Instructions |
| | | Pre-Trial Proceedings |

**(1)   Feb. 24, 2005 Jessica B. Cahill Withdraw...and Plead Anew**
(additional page for designations if necessary)   **See (2) and (3) attached**    Other (please specify)    **(completed)**

( )　I do not intend to designate any portion of the transcript and will notify all counsel of this intention.
( )　As retained counsel (or litigant proceeding in pro per). I request a copy of the transcript and guarantee payment to the
　　reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.
(x)　As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the
　　United States has been, or within 5 days hereof will be, obtained and delivered to the reporter. I agree to recommend
　　payment for work done prior to cancellation of this order.

Date transcript ordered **January 9, 2006**　Estimated date for completion of transcript **2-13-06**

Print Name of Attorney　**Mary Ann Barnard**　　Phone Number　**(808) 942-0403**

Signature of Attorney　*Mary Ann Barnard*
　　　　　　　**Business: P.O. Box 235520**　　　**Res: 750 Amana St., #1005**
Address　　　　　**Honolulu, HI 96823**　　　　　**Honolulu, HI 96814**

**SECTION B** - To be completed by court reporter

I, _____　have received this designation.
　　　　　**(signature of court reporter)**
( ) Arrangements for payment were made on _____
( ) Arrangements for payment have not been made pursuant to FRAP 10(b).

_____ Approximate Number of Pages in Transcript--Due Date _____

**SECTION C** - To be completed by court reporter

When the transcript is filed, complete this section and submit to the U.S. district court with the completed transcript. The district
court will not file the transcript without this completed form.

Date transcript filed **2/14/2006**　Court Reporter's Signature　*Produced by Steve Platt*

**SECTION D** - To be completed by the Clerk

U.S. DISTRICT COURT CLERK: I certify that the record is available in the office of the U.S. District Court.S

Sue Beitia　　　*03.30.06*　　　BY: *Alison Greaney*
(U.S. District Court Clerk)　　(date)　　　　　DEPUTY CLERK

Additional Transcript Designations

U.S. Court of Appeals No. 06-10000
U.S. Dist. Court No. 04-00401 HG-03
Short Case Title:  USA v. Arruiza

| | Hearing Date | Court Reporter | Proceeding |
|---|---|---|---|
| (2) | August 29, 2005 | SP | Sentencing, Withdrawal of Counsel (completed) |
| *(3) | November 21, 2005 | SP | Motions for Downward Departure & Sentencing |

*This is the only transcript not completed