

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>ARNOLD ARRUIZA,<br><br>Defendant - Appellant. | No. 06-10000<br>D.C. No. CR-04-00401-HG<br><br>**JUDGMENT** |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 17 2006

at ____ o'clock and ____ min/____ M
SUE BEITIA, CLERK

Appeal from the United States District Court for the District of Hawaii (Honolulu).

On consideration whereof, it is now here ordered and adjudged by this Court, that the appeal in this cause be, and hereby is **DISMISSED**.

Filed and entered 10/23/06

A TRUE COPY
CATHY A. CATTERSON
CLERK OF COURT
ATTEST

NOV 14 2006

by _____
Deputy Clerk