**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

OCT 23 2006

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 1 7 2006

at ___ o'clock and ___ min ___ M
SUE BEITIA, CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 06-10000 |
| Plaintiff - Appellee, | D.C. No. CR-04-00401-HG |
| v. | |
| ARNOLD ARRUIZA, | MEMORANDUM* |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Hawaii
Helen Gillmor, District Judge, Presiding

Submitted October 16, 2006**

Before:    LEAVY, W. FLETCHER, and RAWLINSON, Circuit Judges.

Arnold Arruiza appeals from his 162-month sentence imposed following his guilty-plea conviction for conspiracy to distribute and possess with intent to distribute methamphetamine in violation of 21 U.S.C. §§ 841(a)(1) and 846.

---

    *    This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36-3.

    **    This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

Arruiza contends that his counsel was ineffective in failing to establish the amount of methamphetamine that Arruiza possessed for personal use. However, we decline to review Arruiza's ineffective assistance claim on direct appeal. *See United States v. Jeronimo*, 398 F.3d 1149, 1156 (9th Cir. 2005).

With respect to Arruiza's remaining contentions, we conclude that Arruiza knowingly and voluntarily waived his right to appeal and was sentenced within the terms of the plea agreement. Accordingly, we enforce the waiver and dismiss the appeal. *See United States v. Nguyen*, 235 F.3d 1179, 1182 (9th Cir. 2000) (stating that an appeal waiver is valid when it is entered knowingly and voluntarily).

**DISMISSED.**

A TRUE COPY
CATHY A. CATTERSON
CLERK OF COURT
ATTEST

NOV 1 4 2006

by: Deputy Clerk