```
INTERNAL USE ONLY: Proceedings include all events.
06-10000 USA v. Arruiza

UNITED STATES OF AMERICA              Thomas C. Muehleck, AUSA
     Plaintiff - Appellee             FAX 808/541-2958
                                      808/541-2850
                                      Suite 6-100
                                      [COR LD NTC aus]
                                      USH - OFFICE OF THE U.S.
                                      ATTORNEY
                                      PJKK Federal Building
                                      300 Ala Moana Blvd.
                                      P.O. Box 50183
                                      Honolulu, HI 96850

     v.

ARNOLD ARRUIZA                        Mary Ann Barnard
     Defendant - Appellant            808/942-0403
                                      [COR LD NTC cja]
                                      Attorney at Law
                                      P.O. Box 235520
                                      Honolulu, HI 96823
```